Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
RICARDO GABRIELE-PLAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00225-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING SENTENCING AND DISCLOSURE DATES** |
| RICARDO GABRIELE-PLAGE, | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Brian Fogerty, Assistant United States Attorney and defendant Ricardo Gabriele-Plage through his counsel, Kresta Daly, that:

| | |
|---|---|
| Judgment and Sentencing: | October 17, 2019 |
| Reply or Statement of Non-Opposition: | October 10, 2019 |
| Formal Objections: | October 3, 2019 |
| Final PSR Filed With the Court: | September 26, 2019 |
| Informal Objections: | September 19, 2019 |
| The Draft PSR Disclosed to Counsel: | September 12, 2019 |

///

///

///

IT IS SO STIPULATED.

Dated: July 15, 2019.    Respectfully submitted,

By   /s/ Kresta Nora Daly
     Kresta Nora Daly
     Attorneys for Ricardo Gabriele-Plage

Dated: July 15, 2019.    By   /s/ Kresta Nora Daly for
                              Brian Fogerty
                              Assistant United States Attorney

## **ORDER**

Good cause appearing the Court orders the previously set judgment and sentencing date vacated and resets all dates as follows:

| | |
|---|---|
| Judgment and Sentencing: | October 17, 2019, at 9:30 a.m. |
| Reply or Statement of Non-Opposition: | October 10, 2019 |
| Formal Objections: | October 3, 2019 |
| Final PSR Filed With the Court: | September 26, 2019 |
| Informal Objections: | September 19, 2019 |
| The Draft PSR Disclosed to Counsel: | September 12, 2019 |

IT IS SO ORDERED.

Dated: July 16, 2019

Troy L. Nunley
United States District Judge