| | |
|---|---|
| Kresta Nora Daly, SBN 199689 | |
| **BARTH DALY LLP** | |
| 2810 Fifth Street | |
| Davis, California 95618 | |
| Telephone: (916) 440-8600 | |
| Facsimile: (916) 440-9610 | |
| Email: kdaly@barth-daly.com | |

Attorneys for Defendant
RICARDO GABRIELE-PLAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00225-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING SENTENCING AND DISCLOSURE DATES** |
| RICARDO GABRIELE-PLAGE, | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Brian Fogerty, Assistant United States Attorney and defendant Ricardo Gabriele-Plage through his counsel, Kresta Daly, that:

| | |
|---|---|
| Judgment and Sentencing: | January 9, 2020 |
| Reply or Statement of Non-Opposition: | January 2, 2020 |
| Formal Objections: | December 26, 2019 |
| Final PSR Filed With the Court: | December 19, 2019 |
| Informal Objections: | December 12, 2019 |
| The Draft PSR Disclosed to Counsel: | November 28, 2019 |

Probation is aware of this request and has no objection.

///

///

IT IS SO STIPULATED.

Dated: October 11, 2019.  Respectfully submitted,

By  /s/ Kresta Nora Daly
Kresta Nora Daly
Attorneys for Ricardo Gabriele-Plage

Dated: October 11, 2019.  By  /s/ Kresta Nora Daly for
Brian Fogerty
Assistant United States Attorney

## **ORDER**

Good cause appearing the Court orders the previously set judgment and sentencing date vacated and resets all dates as follows:

| | |
|---|---|
| Judgment and Sentencing: | January 9, 2020 |
| Reply or Statement of Non-Opposition: | January 2, 2020 |
| Formal Objections: | December 26, 2019 |
| Final PSR Filed With the Court: | December 19, 2019 |
| Informal Objections: | December 12, 2019 |
| The Draft PSR Disclosed to Counsel: | November 28, 2019 |

IT IS SO ORDERED.

DATED: October 15, 2019

Troy L. Nunley
United States District Judge

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA