Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
RICARDO GABRIELE-PLAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO GABRIELE-PLAGE,<br><br>Defendants. | Case No. 2:17-CR-00225-TLN<br><br>**STIPULATION AND ORDER VACATING RESTITUTION HEARING AND SETTING RESTITUTION AMOUNT** |

It is hereby stipulated and agreed to between the United States of America through Brian Fogerty, Assistant United States Attorney and defendant Ricardo Gabriele-Plage through his counsel, Kresta Daly, that the restitution hearing currently set for March 12, 2020 be dropped from calendar.

The parties further stipulate that the restitution amount for Mr. Gabriele-Plage should be set at $0.

STIPULATION AND ORDER -1- [Case No. 2:17-CR-00225-TLN]

IT IS SO STIPULATED.

Dated: March 10, 2020                     Respectfully submitted,

By  /s/ Kresta Nora Daly
    Kresta Nora Daly
    Attorneys for Ricardo Gabriele-Plage

Dated: March 10, 2020.       By  /s/ Kresta Nora Daly for
                                 Brian Fogerty
                                 Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: March 10, 2020

Troy L. Nunley
United States District Judge