UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 29, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICARDO GABRIELE-PLAGE,

Defendant.

Case No. 2:17-CR-00225-02-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release RICARDO GABRIELE-PLAGE, Case No. 2:17-CR-00225-02-TLN Charges 18 U.S.C. § 371, 18 U.S.C. § 1029(a)(3), and 18 U.S.C. § 1028A(a)(1), from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

\_\_\_\_\_  Bail Posted in the Sum of $\_\_\_\_\_

\_\_\_\_\_  Unsecured Appearance Bond $\_\_\_\_\_

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety

\_\_\_\_\_  Corporate Surety Bail Bond

  X    (Other): TIME SERVED.

Issued at Sacramento, California on October 29, 2020.

By: _____

District Judge Troy L. Nunley